**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Mills, Thomas | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Mills, Clarissa Michelle |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 8376 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 7848 |
| Street Address of Debtor (No. and Street, City, and State)<br>2041 N. Neva<br>Chicago, IL   ZIPCODE 60707 | Street Address of Joint Debtor (No. and Street, City, and State)<br>2041 N. Neva<br>Chicago, IL   ZIPCODE 60707 |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business:<br>Cook |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):   ZIPCODE |
|---|

**Type of Debtor**
(Form of Organization)
(Check one box)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other
  REAL ESTATE  _____

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed**
(Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).   Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Thomas Mills & Clarissa Michelle Mills |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)      Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (4/10) | | Page 3 |
|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Thomas Mills & Clarissa Michelle Mills |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Thomas Mills
_____
Signature of Debtor

**X** /s/ Clarissa Michelle Mills
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)
January 17, 2011
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code.  Certified copies of the documents required by § 1515 of title 11 are attached.

☐  Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition.   A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

**X** /s/ Steven A. Leahy
_____
Signature of Attorney for Debtor(s)
STEVEN A. LEAHY 6273453
_____
Printed Name of Attorney for Debtor(s)
_____
Firm Name
150 North Michigan Avenue
_____
Address
Suite 1100Chicago, IL 60601
_____
312-499-0649
_____
Telephone Number
January 17, 2011
_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110,  2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address
_____

**X** _____

_____
Date

Signature of bankruptcy petition  preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
**Northern District of Illinois**

In re Thomas Mills & Clarissa Michelle Mills
_____
                    Debtor(s)

Case No._____
                (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B1 D (Official Form 1, Exh. D) (12/09) – Cont.                                                                      Page 2

☐  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

   **If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐  4.   I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
      ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
      ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
      ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

   **I certify under penalty of perjury that the information provided above is true and correct.**

            Signature of Debtor:    _____/s/ Thomas Mills_____

                                        THOMAS MILLS

                        Date:    _____January 17, 2011_____

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re _Thomas Mills & Clarissa Michelle Mills_____     Case No._____

                   Debtor(s)                                                 (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B1 D (Official Form 1, Exh. D) (12/09) – Cont.                                           Page 2

❐ 3.  I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❐ 4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ❐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ❐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
  ❐  Active military duty in a military combat zone.

❐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor:___/s/ Clarissa Michelle Mills_____

CLARISSA MICHELLE MILLS

Date: ___January 17, 2011_____

**B6 Cover (Form 6 Cover) (12/07)**

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

In re   <u>Thomas Mills & Clarissa Michelle Mills</u>                    Case No. <u>                        </u>
                    **Debtor**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

   **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

   If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

   If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| TWO FLAT BUILDING 1712 N. NAGLE, CHICAGO, IL 60707 | | J | 180,000.00 | 212,000.00 |
| MIXED USE BUILDING - 2008 S. PULASKI, CHICAGO, IL 60624 | | J | 200,000.00 | 278,000.00 |
| SINGLE FAMILY HOME 2041 N. NEVA, CHICAGO, IL 60707 | | J | 250,000.00 | 393,000.00 |
| Two flat building 3919 W. Flournoy, Chicago, Illinois 60623 | | J | 200,000.00 | 344,450.00 |
| two flat building 6234 S. Campbell, Chicago, Illinois 60629 | | J | 130,000.00 | 150,000.00 |
| | | Total ➤ | 960,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

**B6B (Official Form 6B) (12/07)**

In re   Thomas Mills & Clarissa Michelle Mills _____      Case No. _____

         **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | CHECKING ACCOUNT 2910 0344 2160<br>BANK OF AMERICA<br>PO BOX 25118<br>TAMPA FL 33622-5118 | H | 250.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | RETIREMENT ACCOUNT - CITY OF CHICAGO<br>CITY OF CHICAGO-DEFERRED COMPENSATION | W | 85,000.00 |
| | | RETIREMENT ACCOUNT CITY OF CHICAGO<br>CITY OF CHICAGO-DEFERRED COMPENSATION | H | 71,000.00 |
| | | CHECKING ACCOUNT  831200-663-9<br>CHARTER ONE | H | 0.00 |
| | | CHECKING ACCOUNT 000000796451631<br>CHASE<br>JP MORGAN<br>PO BOX 659754<br>SAN ANTONIO TX 78265-9754 | W | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | POTS & PANS<br>2041 N. Neva | J | 50.00 |
| | | RANGE ELECTRIC<br>2041 N. Neva | J | 50.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

In re  Thomas Mills & Clarissa Michelle Mills _____     Case No. _____
               **Debtor**                                                                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | REFRIGHERATOR<br>2041 N. Neva | J | 100.00 |
| | | WASHER/DRYER<br>2041 N. Neva | J | 100.00 |
| | | MICROWAVE<br>2041 N. Neva | J | 30.00 |
| | | COOKING UTENSILS<br>2041 N. Neva | J | 25.00 |
| | | LIVING ROOM FURNITURE<br>2041 N. Neva | J | 200.00 |
| | | KITCHEN TABLE & CHAIRS<br>2041 N. Neva | J | 50.00 |
| | | TELEVISION SETS (3)<br>2041 N. Neva | J | 300.00 |
| | | DVD (50)<br>2041 N. Neva | J | 75.00 |
| | | BEDROOM SET<br>2041 N. Neva | J | 75.00 |
| | | BUNK BEDS<br>2041 N. Neva | J | 100.00 |
| | | WEDDING RINGS | J | 750.00 |
| | | COMPUTER DESK & CHAIR<br>2041 N. Neva | J | 75.00 |
| | | CELL PHONES (2) | J | 75.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

In re  Thomas Mills & Clarissa Michelle Mills _____ Case No. _____
                 **Debtor**                                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 2041 N. Neva | | |
| | | FLATWARE | J | 25.00 |
| | | RESIDENCE | | |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | CDS (100) 2041 N. Neva | J | 150.00 |
| 6.   Wearing apparel. | | CLOTHING MENS 2041 N. Neva | J | 500.00 |
| | | CLOTHING WOMEN 2041 N. Neva | J | 500.00 |
| | | CHILDREN'S CLOTHING 2041 N. Neva | J | 500.00 |
| 7.   Furs and jewelry. | | CLOTHING FUR COATS (3) 2041 N. Neva | W | 500.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | FIREARMS FOR WORK (4) 2041 N. Neva | J | 500.00 |
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

In re  Thomas Mills & Clarissa Michelle Mills                        Case No. _____
_____
                    **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | TAX RETURN RESIDENCE | J | 10,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | VEHICLE  FORD AEROSTAR VAN 1996 2041 N. Neva | J | 300.00 |
| | | 2008 LEXUS GX 470 RESIDENCE | J | 12,000.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

In re    Thomas Mills & Clarissa Michelle Mills                                   Case No.  _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 2009 NISSAN ALTIMA | J | 11,200.00 |
| | | RESIDENCE | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____ continuation sheets attached       Total    $       194,480.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B6C (Official Form 6C)  (04/10)

In re  <u>Thomas Mills & Clarissa Michelle Mills</u>                          Case No. _____
        **Debtor**                                                                        **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                    ☐  Check if debtor claims a homestead exemption that exceeds
☑   11 U.S.C. § 522(b)(3)                        $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| RETIREMENT ACCOUNT - CITY OF CHICAGO | (Wife)735 I.L.C.S 5§12-1006 | 85,000.00 | 85,000.00 |
| RETIREMENT ACCOUNT CITY OF CHICAGO | (Husb)735 I.L.C.S 5§12-1006 | 71,000.00 | 71,000.00 |
| WEDDING RINGS | (Husb)735 I.L.C.S 5§12-1001(a)<br>(Wife)735 I.L.C.S 5§12-1001(a) | 750.00<br>0.00 | 750.00 |
| FIREARMS FOR WORK (4) | (Husb)735 I.L.C.S 5§12-1001(d) | 500.00 | 500.00 |
| CLOTHING MENS | (Husb)735 I.L.C.S 5§12-1001(a) | 500.00 | 500.00 |
| CLOTHING WOMEN | (Wife)735 I.L.C.S 5§12-1001(a) | 500.00 | 500.00 |
| CHILDREN'S CLOTHING | (Husb)735 I.L.C.S 5§12-1001(a) | 500.00 | 500.00 |
| VEHICLE FORD AEROSTAR VAN 1996 | (Husb)735 I.L.C.S 5§12-1001(c) | 300.00 | 300.00 |
| CLOTHING FUR COATS (3) | (Wife)735 I.L.C.S 5§12-1001(a) | 500.00 | 500.00 |
| TAX RETURN | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 4,000.00<br>4,000.00 | 10,000.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re _____Thomas Mills & Clarissa Michelle Mills_____,      Case No. _____
　　　　　　　　　　　　　Debtor                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9680<br><br>AMERICAN HOME MTG SVCI<br>1525 S BELT LINE RD<br>COPPELL, TX 75019 | | J | Lien: 1st Mortgage<br>Security: 3919 W Flournoy<br><br><br>VALUE $ 200,000.00 | | | | 344,450.00 | 144,450.00 |
| ACCOUNT NO. 9680<br><br>AMERICAN HOME SERVICE MORTGAGING<br>PO BOX 631730<br>IRVING, TX 75063 | | W | Incurred: 2009<br><br><br><br>VALUE $ 0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 1501<br><br>BRIDGEVWBK<br>4753 N. BROADWAY<br>CHICAGO, IL 60640-4907 | | H | Lien: 1st Mortgage<br>Security: 2008 S Pulaski<br><br><br>VALUE $ 200,000.00 | | | | 244,000.00 | 44,000.00 |

__2__ continuation sheets attached

Subtotal ▶　$ 588,450.00　$ 188,450.00
(Total of this page)
Total ▶　$　　　　　　　$
(Use only on last page)

(Report also on Summary of Schedules)　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

**B6D (Official Form 6D) (12/07) – Cont**.

In re   Thomas Mills & Clarissa Michelle Mills          ,          Case No. _____

      **Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0072<br><br>INDY MAC MORTGAGE SERVICES<br>PO BOX 4045<br>KALAMAZOO, MI 49003 | | W | <br><br><br>VALUE $           0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 0072<br><br>ONEWEST BANK<br>6900 BEATRICE DR<br>KALAMAZOO, MI 49009 | | W | Lien: 1st Mortgage<br>Security: 2041 N Neva<br><br>VALUE $      250,000.00 | | | | 393,127.00 | 143,127.00 |
| ACCOUNT NO. 7905<br><br>SPECIALIZED LOAN SERVI<br>8742 LUCENT BLVD STE 300<br>HIGHLANDS RANCH, CO 80129 | | W | Lien: 1st Mortgage<br>Security: 1712 N Nagle<br><br>VALUE $      180,000.00 | | | | 214,849.00 | 34,849.00 |
| ACCOUNT NO. R357<br><br>TOYOTA MOTOR CREDIT CO<br>1111 W 22ND ST STE 420<br>OAK BROOK, IL 60523 | | H | Lien: LEASE<br>Security: LEXUS LEASE<br><br>VALUE $       14,000.00 | | | | 18,766.00 | 4,766.00 |
| ACCOUNT NO. 2386<br><br>WACHOVIA MORTGAGE<br>PO BOX 60505<br>CITY OF INDUSTRY, CA 91716 | | J | Incurred: 2007<br>Lien: 1st Mortgage<br>Security: 6234 S CAMPBELL<br><br>VALUE $      110,000.00 | | | | 154,786.00 | 44,786.00 |

Sheet no. 1 of 2 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)
(Total(s) of this page)          $   781,528.00    $

Total(s)
(Use only on last page)          $                     $

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

**B6D (Official Form 6D) (12/07) – Cont**.

In re    Thomas Mills & Clarissa Michelle Mills_____,    Case No. _____

**Debtor**    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7425<br><br>WELLS FARGO DEALER SERVICES<br>PO BOX 25341<br>SANTA ANA, CA 92799 | | H | Incurred: July 2010<br><br>VALUE $          0.00 | | | | 400.00 | 400.00 |
| ACCOUNT NO. 7425<br><br>WFDS/WDS<br>PO BOX 1697<br>WINTERVILLE, NC 28590 | | H | Lien: PMSI<br>Security: NISSAN ALTIMA<br><br>VALUE $       11,200.00 | | | | 16,463.00 | 5,263.00 |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s) ▶ (Total(s) of this page) | $          16,863.00 | $          5,663.00 |
| Total(s) ▶ (Use only on last page) | $    1,386,841.00 | $    421,641.00 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

**B6E (Official Form 6E) (04/10)**

In re _____,        Case No._____
Thomas Mills & Clarissa Michelle Mills
Debtor                                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

**B6E (Official Form 6E) (04/10) - Cont.**

In re  Thomas Mills & Clarissa Michelle Mills                    ,          Case No._____
                              Debtor                                                                    (if known)

☐   **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

  Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

  * *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

  __1__  **continuation sheets attached**

B6E (Official Form 6E) (04/10) - Cont.

In re Thomas Mills & Clarissa Michelle Mills _____ ,    Case No. _____
                        **Debtor**                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8376 <br><br> IRS <br> CINCINNATI, OH 45999-0025 | | | | | | X | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. 8376 <br><br> IRS <br> PO BOX 21126 <br> PHILADELPHIA, PA 19114 | | | | | | X | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Totals of this page) | $        0.00 | $ | $ |
| Total <br> (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $        0.00 | | |
| Totals <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $        0.00 | $        0.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

**B6F (Official Form 6F) (12/07)**

In re  Thomas Mills & Clarissa Michelle Mills  ,                    Case No. _____
_____
         **Debtor**                                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7313 | | | | | | | |
| 1ST NATL BANK/FNB BRKN 3401 N LOUISE AVE SIOUX FALLS, SD 57107 | | H | | | | | Notice Only |
| ACCOUNT NO.  2133 | | | | | | | |
| AMEX PO BOX 297871 FORT LAUDERDALE, FL 33329 | | H | | | | | 160.00 |
| ACCOUNT NO.  9680 | | | | | | | |
| AMRCN HM MTG PO B  631730 IRVING, TX 75063 | | W | | | | | Notice Only |
| ACCOUNT NO.  5287 | | | Incurred: Jan 2009 Consideration: Home loan | | | | |
| AWA COLLECTIONS PO Box 6605 Orange, CA 92863 | | W | | | | | 36,582.80 |

_____19_____continuation sheets attached

Subtotal ➤    $    36,742.80

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Thomas Mills & Clarissa Michelle Mills                    ,        Case No. _____
                    **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8717 <br><br> BAC HOME LOANS SERVICI <br> 450 AMERICAN ST <br> SIMI VALLEY, CA 93065 | | W | | | | | Notice Only |
| ACCOUNT NO.  1730 <br><br> BANK OF AMERICA <br> PO BOX 1598 <br> NORFOLK, VA 23501 | | H | | | | | Notice Only |
| ACCOUNT NO.  9690 <br><br> BANK OF AMERICA <br> PO BOX 17054 <br> WILMINGTON, DE 19850 | | H | | | | | Notice Only |
| ACCOUNT NO.  6107 <br><br> BANKUNITED <br> 7815 NW 148TH ST <br> MIAMI LAKES, FL 33016 | | W | | | | | Notice Only |
| ACCOUNT NO.  2187 <br><br> BARCLAYS BANK DELAWARE <br> 125 S WEST ST <br> WILMINGTON, DE 19801 | | H | | | | | Notice Only |

Sheet no. __1__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $              0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Thomas Mills & Clarissa Michelle Mills_____,          Case No. _____
          **Debtor**                                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>BCC<br>9191 BROADWAY<br>MERRILLVILLE, IN 46410 | | | Consideration: Assignee for various creditors<br>LAKE COUNTY SUPERIOR COURT | | | | Notice Only |
| ACCOUNT NO.<br>BCC<br>9191 BROADWAY<br>MERRILLVILLE, IN 46410 | | | Consideration: Assignee for various creditors<br>CALUMET COLLEGE OF ST. JOSEPH | | | | Notice Only |
| ACCOUNT NO.   5951<br>BLATT, HASENMILLER, LEIBSKER & MOORE LLC<br>125 S. WACKER Dr - SUITE 400<br>CHICAGO, IL 60606 | | W | Incurred: 2010<br>Consideration: Car loan | | | | 19,900.00 |
| ACCOUNT NO.   7402<br>BUREAU OF RECOVERY<br>1813 E. DYER ROAD SUITE 411<br>SANTA ANA CA 92705 | | W | Consideration: Assignee for various creditors<br>CHASE | | | | Notice Only |
| ACCOUNT NO.<br>BURKE COSTANZA & CUPPY<br>9191 BROADWAY<br>MERRILLVILL, IN 46410 | | | Consideration: Assignee for various creditors<br>CALUMENT COLLEGE OF SAINT JOSEPH | | | | Notice Only |

Sheet no. __2__ of __19__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $          19,900.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Thomas Mills & Clarissa Michelle Mills             ,        Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9034<br><br>BURKE COSTANZA & CUPPY<br>9191 BROADWAY<br>MERRILLVILLE, IL 46410 | | H | Incurred: 11/01/09<br>Consideration: Other | | | | 7,791.12 |
| ACCOUNT NO.  3474<br><br>CAP ONE<br>PO BOX 85520<br>RICHMOND, VA 23285 | | W | | | | | Notice Only |
| ACCOUNT NO.  0148<br><br>CHASE<br>10790 RANCHO BERNARDO RD<br>SAN DIEGO, CA 92127 | | H | | | | | Notice Only |
| ACCOUNT NO.  0722<br><br>CHASE<br>3990 S BABCOCK ST<br>MELBOURNE, FL 32901 | | W | | | | | 32,963.00 |
| ACCOUNT NO.  4454<br><br>CHASE BANK USA, NA<br>PO BOX 15298<br>WILMINGTON, DE 19850 | | H | | | | | Notice Only |

Sheet no. _3_ of _19_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 40,754.12

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re _Thomas Mills & Clarissa Michelle Mills_____,    Case No. _____
            **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5200 <br><br> CHASE MANHATTAN MTGE <br> 3415 VISION DR <br> COLUMBUS, OH 43219 | | H | | | | | Notice Only |
| ACCOUNT NO.  0906 <br><br> CHASE NA <br> 800 BROOKSEDGE BLVD <br> WESTERVILLE, OH 43081 | | H | | | | | Notice Only |
| ACCOUNT NO.  4161 <br><br> CHASE-BP <br> PO BOX 15298 <br> WILMINGTON, DE 19850 | | H | | | | | Notice Only |
| ACCOUNT NO.  7873 <br><br> CHG PTR FC <br> 203 N WABASH AVE <br> CHICAGO, IL 60601 | | H | | | | | Notice Only |
| ACCOUNT NO.  7873 <br><br> CHGOPATRL CU <br> 1359 W WASHINGTON <br> CHICAGO, IL 60607 | | H | | | | | Notice Only |

Sheet no. _4_ of _19_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Thomas Mills & Clarissa Michelle Mills                    ,          Case No. _____
                        **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> CHICAGO HOUSING AUTHORITY <br> 60 E VAN BUREN <br> CHICAGO, IL 60605 | | | | | | | Notice Only |
| ACCOUNT NO. 1904 <br> CHICAGO PATROLMANS FCU <br> 1359 W WASHINGTON BLVD <br> CHICAGO, IL 60607 | | H | | | | | 403.00 |
| ACCOUNT NO. 9383 <br> CITI CARDS <br> PO BOX 6497 <br> SIOUX FALLS, SD 57117 | | W | | | | | Notice Only |
| ACCOUNT NO. 1270 <br> CITIFINANCIAL MORTGAGE <br> PO BOX 9438 <br> GAITHERSBURG, MD 20898 | | H | | | | | Notice Only |
| ACCOUNT NO. 330A <br> CITY IF CHICAGO DEPT REVENUE <br> 8212 INNOVATION WAY <br> CHICAGO, IL 60682 | | J | Incurred: 2007 <br> Consideration: Other | | | | 6,807.10 |

Sheet no. __5__ of __19__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $ 7,210.10

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Thomas Mills & Clarissa Michelle Mills                        ,          Case No. _____
_____
               **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9090<br><br>CITY OF CHGO-DEPT OF WATER<br>PO BOX 6330<br>CHICAGO, IL 60680 | | J | Incurred: NAGLE<br>Consideration: Other | | | | 50.72 |
| ACCOUNT NO.  9270<br><br>CITY OF CHGO-DEPT OF WATER<br>PO BOX 6330<br>CHICAGO, IL 60680 | | J | Incurred: NEVA<br>Consideration: Other | | | | 65.00 |
| ACCOUNT NO.  0625<br><br>CITY OF CHGO-DEPT OF WATER<br>PO BOX 6330<br>CHICAGO, IL 60680 | | J | Incurred: CAMPBELL<br>Consideration: Other | | | | 90.00 |
| ACCOUNT NO.  4809<br><br>CITY OF CHGO-DEPT OF WATER<br>PO BOX 6330<br>CHICAGO, IL 60680 | | J | Incurred: LOCKWOOD<br>Consideration: Other | | | | 263.79 |
| ACCOUNT NO.  3813<br><br>CITY OF CHICAGO<br>DEPT OF BUILDINGS<br>2008 S. PULASKI RD<br>CHICAGO, IL 60623 | | H | | | | | Notice Only |

Sheet no.  6  of  19  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        469.51

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Thomas Mills & Clarissa Michelle Mills_____,          Case No. _____
              **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4963 <br><br> CITY OF CHICAGO <br> DEPT OF REVENUE-WATER DIVISION <br> PO BOX 6330 <br> CHICAGO, IL 60680-6330 | | | | | | | 2,592.93 |
| ACCOUNT NO. 4963 <br><br> CITY OF CHICAGO - DEPT OF REVENUE <br> PO Box 6330 <br> Chicago, IL 60680 | | J | Incurred: 2010 <br> Consideration: Other | | | | 2,900.00 |
| ACCOUNT NO. 0018 <br><br> COM ED <br> PO BOX 6111 <br> CAROL STREAM, IL 60197 | | H | Consideration: Other | | | | 85.00 |
| ACCOUNT NO. 5010 <br><br> COM ED <br> PO BOX 6111 <br> CAROL STREAM, IL 60197 | | W | Consideration: Other | | | | 98.41 |
| ACCOUNT NO. 8010 <br><br> COM ED <br> PO BOX 6111 <br> CAROL STREAM, IL 60197 | | H | Consideration: Other | | | | 100.00 |

Sheet no. _7_ of _19_ continuation sheets attached          Subtotal ➤   $          5,776.34
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                               Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Thomas Mills & Clarissa Michelle Mills                ,          Case No. _____
            **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0000<br><br>COMED<br>BILL PAYMENT CENTER<br>CHICAGO, IL 60668-0001 | | | Consideration: UTILITIES | | | | Notice Only |
| ACCOUNT NO. 0000<br><br>COMED<br>BILL PAYMENT CENTER<br>CHICAGO, IL 60668-0001 | | | Consideration: UTILITIES | | | | 179.41 |
| ACCOUNT NO. 0000<br><br>COMED<br>BILL PAYMENT CENTER<br>CHICAGO, IL 60668-0001 | | | Consideration: UTILITIES | | | | 202.97 |
| ACCOUNT NO. 5010<br><br>COMED<br>BILL PAYMENT CENTER<br>CHICAGO, IL 60668-0001 | | | Consideration: UTILITIES | | | | 35.34 |
| ACCOUNT NO. 6141<br><br>DISCOVER<br>PO BOX 6103<br>CAROL STREAM, IL 60197-6103 | | | | | | | Notice Only |

Sheet no. __8__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 417.72

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Thomas Mills & Clarissa Michelle Mills_____,          Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9614 <br><br> DISCOVER FIN SVCS LLC <br> PO BOX 15316 <br> WILMINGTON, DE 19850 | | H | | | | | 9,007.00 |
| ACCOUNT NO.  6329 <br><br> FIA CSNA <br> PO BOX 17054 <br> WILMINGTON, DE 19850 | | H | | | | | Notice Only |
| ACCOUNT NO.  8596 <br><br> FIRST PREMIER BANK <br> 601 S MINNESOTA AVE <br> SIOUX FALLS, SD 57104 | | H | | | | | Notice Only |
| ACCOUNT NO.  9013 <br><br> FIRST USA BANK N A <br> 1001 JEFFERSON PLAZA <br> WILMINGTON, DE 19701 | | H | | | | | Notice Only |
| ACCOUNT NO.  4788 <br><br> FREMONT INVESTMENT & L <br> 175 N RIVERVIEW DR <br> ANAHEIM, CA 92808 | | H | | | | | Unknown |

Sheet no.  9  of  19  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        9,007.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Thomas Mills & Clarissa Michelle Mills_____,   Case No. _____
                 **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6576 <br> FST USA BK B <br> PO BOX 8650 <br> WILMINGTON, DE 19899 | | W | | | | | 5,767.00 |
| ACCOUNT NO.  2630 <br> GEMB/GAP <br> PO BOX 981400 <br> EL PASO, TX 79998 | | W | | | | | Notice Only |
| ACCOUNT NO.  5419 <br> GEMB/GOLFSMITH <br> 950 FORRER BLVD <br> KETTERING, OH 45420 | | H | | | | | Notice Only |
| ACCOUNT NO.  2595 <br> GEMB/JCP <br> PO BOX 984100 <br> EL PASO, TX 79998 | | W | | | | | Notice Only |
| ACCOUNT NO.  6801 <br> GEMB/SAMS CLUB <br> PO BOX 981400 <br> EL PASO, TX 79998 | | H | | | | | Notice Only |

Sheet no. __10__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 5,767.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Thomas Mills & Clarissa Michelle Mills</u> ,      Case No. _____
              **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6827 <br><br> GMAC MORTGAGE <br> 3451 HAMMOND AVE <br> WATERLOO, IA 50702 | | H | | | | | Notice Only |
| ACCOUNT NO. 9298 <br><br> GOLDMAN & GRANT <br> 205 W. RANDOLPH <br> SUITE 1100 <br> CHICAGO, IL 60606 | | W | | | | | 5,553.22 |
| ACCOUNT NO. 6047 <br><br> HELLER AND FRISONE <br> 33 N. LASALLE 1200 <br> CHICAGO, IL 60602 | | J | Incurred: 2008 <br> Consideration: Other | | | | 1,525.81 |
| ACCOUNT NO. 6953 <br><br> HELLER AND FRISONE LTD. <br> 33 N. LASALLE SUITE 1200 <br> CHGO, IL 60602 | | J | Incurred: Dec 20 <br> Consideration: Other | | | | 285.25 |
| ACCOUNT NO. 8171 <br><br> HSBC BANK <br> PO BOX 5253 <br> CAROL STREAM, IL 60197 | | H | CREDIT CARD | | | | Notice Only |

Sheet no. <u>11</u> of <u>19</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 7,364.28

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Thomas Mills & Clarissa Michelle Mills_____,      Case No. _____
                              **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0001 <br><br> INFINITI FIN SVCS <br> 990 W 190TH ST <br> TORRANCE, CA 90502 | | H | CLOSED <br> AUTO LOAN | | | | 0.00 |
| ACCOUNT NO. 2575 <br><br> IRWIN HOME EQUITY <br> 12677 ALCOSTA BLVD STE 5 <br> SAN RAMON, CA 94583 | | W | HIGH CREDIT AMOUNT IS ORIGINAL LOAN AMOUNT <br> ACCOUNT/PAID SATISFACTORILY <br> THIS IS AN ACCOUNT IN GOOD STANDING <br> PAID ACCOUNT/ZERO BALANCE <br> SECOND MORTGAGE | | | | 0.00 |
| ACCOUNT NO. <br><br> KEVIN AMERIKS <br> 4753 N BROADWAY <br> CHICAGO, IL 60640 | | | | | | | Notice Only |
| ACCOUNT NO. 4220 <br><br> MB FIN SVCS <br> 36455 CORPORATE DR <br> FARMINGTON HILLS, MI 48331 | | W | HIGH CREDIT AMOUNT IS ORIGINAL LOAN AMOUNT <br> ACCOUNT/PAID SATISFACTORILY <br> THIS IS AN ACCOUNT IN GOOD STANDING <br> PAID ACCOUNT/ZERO BALANCE <br> AUTO LOAN | | | | 0.00 |
| ACCOUNT NO. 9518 <br><br> MB FIN SVCS <br> 36455 CORPORATE DR <br> FARMINGTON HILLS, MI 48331 | | W | CLOSED <br> AUTO LEASE | | | | 0.00 |

Sheet no. __12__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤        $        0.00

Total ➤        $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Thomas Mills & Clarissa Michelle Mills_____,          Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3926<br><br>MB FIN SVCS<br>36455 CORPORATE DR<br>FARMINGTON HILLS, MI 48331 | | W | HIGH CREDIT AMOUNT IS ORIGINAL LOAN AMOUNT<br>PAID ACCOUNT/WAS A VOLUNTARY SURRENDER<br>ACCOUNT NOW REDEEMED/WAS A REPOSSESSION<br>PAID ACCOUNT/ZERO BALANCE<br>AUTO LEASE<br>PREVIOUS STATUS 08 | | | | 0.00 |
| ACCOUNT NO.  0565<br><br>MB FIN SVCS<br>P.O. BOX 961<br>ROANOKE, TX 76262 | | W | AUTO LOAN | | | | 0.00 |
| ACCOUNT NO.  0120<br><br>MCYDSNB<br>9111 DUKE BLVD<br>MASON, OH 45040 | | W | | | | | 2,069.00 |
| ACCOUNT NO.  3926<br><br>MERCEDES -BENZ FINANCIAL<br>PO BOX 9001680<br>LOUISVILLE, KY 40290-1680 | | | | | | | Notice Only |
| ACCOUNT NO.  3644<br><br>MORTGAGE IT<br>PO BOX 205<br>WATERLOO, IA 50704 | | W | | | | | Notice Only |

Sheet no. __13__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 2,069.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Thomas Mills & Clarissa Michelle Mills_____,    Case No. _____
           **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  LLS3 <br><br> MUSIC EDUCATION SERVICES <br> 1041 BONAVENTURE DRIVE <br> ELK GROVE VILLAGE, IL 60007 | | J | Consideration: Other | | | | 104.00 |
| ACCOUNT NO.  0548 <br><br> NORTHLAND GROUP INC <br> PO Box 390846 <br> Minneapolis, MN 55439 | | W | Incurred: NOV 2010 <br> Consideration: Credit cards | | | | 2,069.14 |
| ACCOUNT NO.  4745 <br><br> OCWEN LOAN SERVICING L <br> 12650 INGENUITY DR <br> ORLANDO, FL 32826 | | W | | | | | Notice Only |
| ACCOUNT NO.  9475 <br><br> ONEWEST BANK <br> 6900 BEATRICE DR <br> KALAMAZOO, MI 49009 | | W | | | | | Notice Only |
| ACCOUNT NO.  7805 <br><br> PEOPLES GAS <br> CHICAGO, IL 60687 | | W | Consideration: Other | | | | 60.00 |

Sheet no. __14__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  2,233.14

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Thomas Mills & Clarissa Michelle Mills_____,    Case No. _____
                    **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2088<br><br>PEOPLES GAS<br>CHICAGO, IL 60687 | | J | Consideration: Other | | | | 224.00 |
| ACCOUNT NO. 2088<br><br>PEOPLES GAS<br>CHICAGO, IL 60687-0001 | | | Consideration: UTILITIES | | | | 465.01 |
| ACCOUNT NO. 5088<br><br>PEOPLES GAS<br>CHICAGO, IL 60687-0001 | | | Consideration: UTILITIES | | | | 465.01 |
| ACCOUNT NO. 2088<br><br>PEOPLESENE<br>130 E. RANDOLPH DRIVE<br>CHICAGO, IL 60601 | | H | UTILITY COMPANY | | | | 237.00 |
| ACCOUNT NO. 9122<br><br>PEOPLESENE<br>130 E. RANDOLPH DRIVE<br>CHICAGO, IL 60601 | | W | ACCOUNT CLOSED BY CREDIT GRANTOR<br>UTILITY COMPANY | | | | 0.00 |

Sheet no. __15__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    1,391.02

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Thomas Mills & Clarissa Michelle Mills_____,   Case No. _____
          **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8053<br><br>PEOPLESENE<br>130 E. RANDOLPH DRIVE<br>CHICAGO, IL 60601 | | H | ACCOUNT CLOSED BY CONSUMER UTILITY COMPANY | | | | 0.00 |
| ACCOUNT NO.  8950<br><br>PEOPLESENE<br>130 E. RANDOLPH DRIVE<br>CHICAGO, IL 60601 | | H | ACCOUNT CLOSED BY CREDIT GRANTOR UTILITY COMPANY | | | | 0.00 |
| ACCOUNT NO.  1324<br><br>PEOPLESENE<br>130 E. RANDOLPH DRIVE<br>CHICAGO, IL 60601 | | H | UTILITY COMPANY | | | | 0.00 |
| ACCOUNT NO.  9964<br><br>PEOPLESENE<br>130 E. RANDOLPH DRIVE<br>CHICAGO, IL 60601 | | H | ACCOUNT CLOSED BY CREDIT GRANTOR UTILITY COMPANY | | | | 0.00 |
| ACCOUNT NO.  0011<br><br>PEOPLESENE<br>130 E. RANDOLPH DRIVE<br>CHICAGO, IL 60601 | | H | ACCOUNT CLOSED BY CONSUMER UTILITY COMPANY | | | | 0.00 |

Sheet no.  16  of  19  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Thomas Mills & Clarissa Michelle Mills              ,        Case No. _____
          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2260<br><br>PEOPLESENE<br>130 E. RANDOLPH DRIVE<br>CHICAGO, IL 60601 | | H | UTILITY COMPANY | | | | 0.00 |
| ACCOUNT NO.  9010<br><br>RNB-FIELDS3<br>PO BOX 9475<br>MINNEAPOLIS, MN 55440 | | W | | | | | Notice Only |
| ACCOUNT NO.<br><br>SEKI LIGHTFOOT<br>1400 S. INDIANA #613<br>CHICAGO, IL 60605 | | J | Incurred: Dec 2010<br>Consideration: Other | | | | 8,000.00 |
| ACCOUNT NO.  0706<br><br>SHOREBANK<br>7936 S COTTAGE GROVE AVE<br>CHICAGO, IL 60619 | | H | | | | | Notice Only |
| ACCOUNT NO.  1521<br><br>STATE DEPARTMENT FCU<br>1630 KING ST<br>ALEXANDRIA, VA 22314 | | H | | | | | Notice Only |

Sheet no.  17  of  19  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 8,000.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Thomas Mills & Clarissa Michelle Mills_____,    Case No. _____
              **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2-01<br><br>STATE FARM INSURANCE<br>PO BOX 680001<br>DALLAS, TX 75368 | | J | Consideration: Other | | | | Notice Only |
| ACCOUNT NO.  8518<br><br>STEPHENS & MICHAELS ASSOCIATES<br>PO BOX 109<br>SALEM, NH 03079-0109 | | W | Incurred: 12/09/10<br>Consideration: Credit cards | | | | 1,206.57 |
| ACCOUNT NO.  4836<br><br>SUNTRUST MORTGAGE/CC 5<br>1001 SEMMES AVE<br>RICHMOND, VA 23224 | | H | | | | | Notice Only |
| ACCOUNT NO.  6745<br><br>T MOBILE<br>PO BOX 742596<br>CINCINNATI OH 45274-2596 | | | | | | | Notice Only |
| ACCOUNT NO.  4519<br><br>TD RETAIL CARD SERVICE<br>1000 MACARTHUR BLVD<br>MAHWAH, NJ 07430 | | W | | | | | Notice Only |

Sheet no.  18  of  19  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $     1,206.57

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Thomas Mills & Clarissa Michelle Mills_____,  Case No. _____
            **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5003 <br><br> THD/CBSD <br> PO BOX 6497 <br> SIOUX FALLS, SD 57117 | | H | | | | | Notice Only |
| ACCOUNT NO. 0001 <br><br> VERIZON WIRELESS/GREAT <br> 1515 WOODFIELD RD STE140 <br> SCHAUMBURG, IL 60173 | | H | PAID ACCOUNT/WAS A CHARGE-OFF <br> UNPAID BALANCE REPORTED AS A LOSS BY CREDIT GRANTOR <br> PAID ACCOUNT/ZERO BALANCE <br> CELLULAR PHONE <br> CHARGE OFF AMOUNT IS 877 | | | | 0.00 |
| ACCOUNT NO. 4579 <br><br> VISDSNB <br> 9111 DUKE BLVD <br> MASON, OH 45040 | | W | | | | | Notice Only |
| ACCOUNT NO. 7390 <br><br> WFM/WBM <br> 4101 WISEMAN BLVD # MC-T <br> SAN ANTONIO, TX 78251 | | H | | | | | Notice Only |
| ACCOUNT NO. 6398 <br><br> WFNNB/EXPRESS <br> 4590 E BROAD ST <br> COLUMBUS, OH 43213 | | W | | | | | Notice Only |

Sheet no. __19__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  0.00

Total ▶  $  148,308.60

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

**B6G (Official Form 6G) (12/07)**

In re <u>Thomas Mills & Clarissa Michelle Mills</u>    Case No. <u> </u>
         **Debtor**                                                **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| TRINA COLEMAN<br>6234 S CAMPBELL<br>CHICAGO, IL 60629 | APT LEASE |
| LISA HANKINS<br>6234 S CAMPBELL<br>CHICAGO, IL 60629 | APT LEASE |
| CLARANCE & HELEN GOLDEN<br>1712 N NAGLE<br>CHICAGO, IL 60707 | LEASE |
| TOYOTA MOTOR CREDIT CO<br>1111 W 22ND ST STE 420<br>OAK BROOK, IL 60523 | AUTO LEASE |
| | |
| | |
| | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

**B6H (Official Form 6H) (12/07)**

In re   Thomas Mills & Clarissa Michelle Mills                    Case No. _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re  Thomas Mills & Clarissa Michelle Mills _____   Case _____

Debtor   (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:  Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): Son, Daughter, Brother | AGE(S): 9, 20, 58 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | SERGEANT OF POLICE | POLICE OFFICER |
| Name of Employer | CHICAGO POLICE DEPARTMENT | CHICAGO POLICE DEPARTMENT |
| How long employed | 20 yrs, 10 mos | 18 yrs, 2 mos |
| Address of Employer | 3510 S. MICHIGAN AVE | 3510 S. MICHIGAN |
| | CHICAGO , IL 60637 | CICAGO, IL 60637 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 8,741.41 | $ 7,074.16 |
| 2. | Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. | SUBTOTAL | $ 8,741.41 | $ 7,074.16 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 1,898.97 | $ 1,265.59 |
| | b. Insurance | $ 212.33 | $ 23.74 |
| | c. Union Dues | $ 54.16 | $ 41.70 |
| | d. Other (Specify: (D)Police Pension/Credit Union Loan.  (S)Police Pension/Deferred Compensation | $ 908.37 | $ 1,135.74 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 3,073.83 | $ 2,466.77 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $ 5,667.58 | $ 4,607.39 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. | Income from real property | $ 3,400.00 | $ 0.00 |
| 9. | Interest and dividends | $ 0.00 | $ 0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. | Social security or other government assistance ( Specify) | $ 0.00 | $ 0.00 |
| 12. | Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. | Other monthly income (D)CHICAGO PUBLIC SCHOOLS (Specify) | $ 1,100.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 4,500.00 | $ 0.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 10,167.58 | $ 4,607.39 |
| 16. | COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | | $ 14,774.97 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

None

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

In re   Thomas Mills & Clarissa Michelle Mills        Case No. _____

         **Debtor**                                  **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 2,608.00 |
|      a. Are real estate taxes included?    Yes ✓   No _____ | | |
|      b. Is property insurance included?    Yes ✓   No _____ | | |
| 2. Utilities: a. Electricity and heating fuel | | $ 450.00 |
|            b. Water and sewer | | $ 75.00 |
|            c. Telephone | | $ 300.00 |
|            d. Other _Cable/Alarm_ | | $ 75.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 250.00 |
| 4. Food | | $ 1,000.00 |
| 5. Clothing | | $ 250.00 |
| 6. Laundry and dry cleaning | | $ 220.00 |
| 7. Medical and dental expenses | | $ 100.00 |
| 8. Transportation (not including car payments) | | $ 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 300.00 |
| 10. Charitable contributions | | $ 250.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|      a. Homeowner's or renter's | | $ 145.00 |
|      b. Life | | $ 186.00 |
|      c. Health | | $ 0.00 |
|      d. Auto | | $ 458.00 |
|      e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|      a. Auto | | $ 1,450.00 |
|      b. Other _INVESTMENT PROP_ | | $ 4,959.00 |
|      c. Other _SCHOOL TUITION_ | | $ 582.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other _CHILD CARE_ | | $ 400.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | | $ 14,558.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

     None
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|      a. Average monthly income from Line 15 of Schedule I (Includes spouse income of $4,607.39. See Schedule I) | | $ 14,774.97 |
|      b. Average monthly expenses from Line 18 above | | $ 14,558.00 |
|      c. Monthly net income (a. minus b.)     (Net includes Debtor/Spouse combined Amounts) | | $ 216.97 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re _Thomas Mills & Clarissa Michelle Mills_

Debtor

Case No. _____

Chapter _7_

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 960,000.00 | | |
| B – Personal Property | YES | 5 | $ 194,480.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 3 | | $ 1,386,841.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 20 | | $ 148,308.60 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 14,774.97 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 14,558.00 |
| TOTAL | | 37 | $ 1,154,480.00 | $ 1,535,149.60 | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

# United States Bankruptcy Court

### Northern District of Illinois

| | |
|---|---|
| In re    Thomas Mills & Clarissa Michelle Mills | Case No. _____ |
| Debtor | |
| | Chapter    _7_ |

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $    N.A. |
| Average Expenses (from Schedule J, Line 18) | $    N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR** Form 22C Line 20 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    N.A. |
| 4.  Total from Schedule F | | $    N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    N.A. |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

Thomas Mills & Clarissa Michelle Mills

In re _____     Case No. _____
           **Debtor**                                                             **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 39 _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  January 17, 2011 _____     Signature:  /s/ Thomas Mills _____
                                                                        Debtor:

Date  January 17, 2011 _____     Signature:  /s/ Clarissa Michelle Mills _____
                                                                    (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

      I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any,                            Social Security No.
of Bankruptcy Petition Preparer                           *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____     _____
     Signature of Bankruptcy Petition Preparer                                   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____

                                                 _____
                                               [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In Re __Thomas Mills & Clarissa Michelle Mills_____    Case No. _____
                                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|          | AMOUNT    | SOURCE               |
|----------|-----------|----------------------|
| 2011(db) | 11869.00  | CPD/CPS/RENTAL INCOME |
| 2010(db) | 210867.00 | CPD/CPS/RENTAL INCOME |
| 2009(db) | 202301.00 | CPD/CPS/RENTAL INCOME |
| 2011(jdb)| 6595.25   | CHGO POLICE DEPT     |
| 2010(jdb)| 93849.00  | CHGO POLICE DEPT     |
| 2009(jdb)| 80085.72  | CHGO POLICE DEPT     |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

**2.   Income other than from employment or operation of business**

None

☐          State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2011  (db) | 0.00 | |
| 2010(db) | 0.00 | |
| 2011(jdb) | 0.00 | |
| 2010(jdb) | 0.00 | |

**3.  Payments to creditors**

None

☐     *Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| AT &T<br>PO BOX 5014<br>CAROL STREAM, IL 60197 | NOV 15, 2010 THRU PRESENT | 202.00 | |
| INDY MAC MORTGAGE SERVICES<br>PO BOX 4045<br>KALAMAZOO, MI 49003 | DEC 2010, JAN 1, 2011, FEB 1, 2011 | 2608.96 | |
| STATE FARM I NSURANCE<br>PO BOX 680001<br>DALLAS, TX 75368 | MONTHLY ON THE 16TH | 543.89 | |
| SPECIALIZED LOAN SERCVICING<br>8742 LUCENT BLVD SUITE 300<br>HIGHLANDS RANCH, CO 80129 | MONTHLY PAYMENTS | 1785.00 | 183000.00 |
| WACHOVIA MORTGAGE<br>PO BOX 60505<br>CITY OF INDUSTRY, CA 91716 | MONTHLY | 1304.00 | 155000.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| WELLS FARGO DEALER SERVICES<br>PO BOX 25341<br>SANTA ANA, CA 92799 | MONTHLY | 400.00 | 16300.00 |
| TUITION MGMT SERVICES | MONTHLY TUITION BILL | 582.00 | 3500.00 |
| LEXUS FINANCIAL SERVICES | MONTHLY | 1066.48 | 19 |
| PEOPLES GAS<br>CHICAGO, IL 60687 | MONTHLY | 224.00 | |
| CITY OF CHGO-DEPT OF REVENUE<br>PO BOX 6330<br>CHICAGO, IL 60680 | MONTHLY | 200.00 | 2800.00 |
| PRIMERICA LIFE<br>PO BOX 105064<br>ATLANTA, GA 30348 | MONTHLY | 187.45 | |
| BURKE COSTANZA & CUPPY<br>9191 BROADWAY<br>MERRILLVILLE, IN 46410 | MONTHLY | 250.00 | 7791.12 |
| GOLMAN AND GRANT<br>205 W. RANDOLPH SUITE 1100<br>CHICAGO, IL 60606 | MONTHLY | 291.00 | 5553.22 |

None ☒

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☒

*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐

a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| 45d11-0904-CC-92 | CALUMET COLLEGE | CIRCUIT COURT LAKE SUPERIOR | JUDGMENT FOR PLAINTIFF |
| 10 CH 03860 | FORECLOSURE | DALEY CENTER ROOM 2808 | ON HOLD PER PIERCE AND ASSOCIATES |
| 10L051652 | CITATION TO DISCOVER ASSETS | DALEY CENTER RM 2503 | ASSETS SEIZED ON 1/3/2011 |
| 10CH46488 | MORTGAGE FORECLOSURE SUMMONS | DALEY CTR ROOM 2810 | 4-25-11APPEARANCE DATE |
| 10L051652 | CITATION TO DISCOVER ASSETS | DALEY CTR ROOM 2503 | CONTINUED TO 1/19/11 |
| 10L051652 | SUMMONS TO CONFIRM JUDGEMENT BY CONFESSION | DALEY CENTER ROOM 2503 | HEARING DATE ON 1/19/11 |
| 10L051652 | CITATION TO DISCOVER THIRD PARTY ASSETS | DALEY CENTER RM 2503 | 2/4/11APPEARANCE DATE |

None
☐

b.      Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| BRIDGEVIEW BANK GROUP 4753 N. BROADWAY CHICAGO, IL 60640 | JAN 04, 2011 | 9853.00 USC FROM BANK ACCOUNTS |
| PIERCE AND ASSOCIATES 1 NORTH DEARBORN CHICAGO, IL 60602 | 2009 | 2 FLAT BLDG AT 3919 W. FLOURNOY |

**5.    Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| BLATT, HASENMILLER, LEIBSKER & MOORE 125 S. WACKER SUITE 400 CHICAGO, IL 60606 | MARCH 2010 | 2006 R350 MERCEDES BENZ WAGON |
| WASHINGTON MUTUAL | 2008 | 2 FLAT BUILDING AT 748 N. LOCKWOOD |

**6.  Assignments and Receiverships**

None
☐

a.      Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |
| GLOBETROTTERS ENGINEERING CORP 300 S. WACKER SUITE 400 CHICAGO, IL 60606 | AUGUST 2010 | HEAT RECEIVER UNDER CASE 09M1403270 |

None    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☐    one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| PIERCE AND ASSOCIATES 1 N DEARBORN CHICAGO, IL 60602 | CHANCERY DIVISION OF COOK COUNTY DALEY CENTER ROOM 2808 CITIBANK, N.A. VS THOMAS AND CLARISSA MILLS 10CH03860 | JUNE 18, 2010 | 2 FLAT BUILDING AT 3919 W. FLOURNOY |

**7. Gifts**

None    List all gifts or charitable contributions made within one year immediately preceding the commencement of
☐    this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| PINE AVENUE PRESBYTERIAN CHURCH 1000 N. PINE AVE CHICAGO, IL | CHURCH | MONTHLY TITHES | TITHES OF 150.00 PER MONTH |
| GLASS SLIPPER PROJECT 125 S. CLARK CHICAGO, IL 60605 | CHGO PUBLIC SCHOOLS | JANUARY 2010 | 5 DRESSES AND SHOES - 250.00 |

**8. Losses**

None    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☐    commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| 2008 S. PULASKI, 3 HOT WATER TANKS | FLOOD WITH NO COMPENSATION | JULY 24, 2010 |
| 6234 S. CAMPBELL - BOILER AND HOT WATER TANK | FLOOD WITH NO COMPENSATION | JULY 24, 2010 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

**9.   Payments related to debt counseling or bankruptcy**

None

☐          List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| CRICKET DEBT WWW.CRICKETDEBT.COM | 09 Jan 11 | 36.00 |
| ATTORNEY STEVEN LEAHY 150 N. MICHIGAN CHICAGO, IL | JANUARY 2010 | 3500.00 |
| ATTORNEY STEVEN LEAHY 150 N. MICHIGAN CHICAGO, IL | JANUARY 13, 2011 | 4274.00 |

**10.   Other transfers**

None

☒          a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.   List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None

☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| THOMAS MILLS JR. | $6000.00 | EDWARD JONES FUND ACCOUNT #301-09337-1-5 |
| THOMAS MILLS JR. | $1000.00 | BANK OF AMERICA ACCOUNT #004406359481 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

**15.  Prior address of debtor**

None

☐

  If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1712 N. NAGLE CHICAGO, IL 60707 | THOMAS MILLS | 1998 - 2002 |
| 6234 S. CAMPBELL CHICAGO, IL 60629 | THOMAS MILLS | 1989 - 1998 |
| 4259 W.CULLERTON CHICAGO, IL 60623 | THOMAS MILLS | 2002-2004 |
| 1712 N. NAGLE CHICAGO, IL 60707 | CLARISSA GOLDEN | 1997-2002 |
| 1712 N. NAGLE CHICAGO, IL 60707 | CLARISSA MILLS | 2000-2002 |
| 4259 W. CULLERTON CHICAGO, IL 60623 | CLARISSA MILLS | 2002-2004 |

**16.  Spouses and Former Spouses**

None

☒

  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

   NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

  "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

  "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

☒

  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18. Nature, location and name of business**

None
☒

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
| --- | --- |

**[Questions 19 - 25 are not applicable to this case]**

*    *    *    *    *    *

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___January 17, 2011___    Signature    __/s/ Thomas Mills___
                               of Debtor    THOMAS MILLS

Date ___January 17, 2011___    Signature    __/s/ Clarissa Michelle Mills___
                               of Joint Debtor    CLARISSA MICHELLE MILLS

___0___ continuation sheets attached

**Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571**

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

Thomas Mills & Clarissa Michelle Mills

In re _____ ,    Case No. _____
                Debtor                                                          Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate.  *(Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)*

Property No.  1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| SPECIALIZED LOAN SERVI<br>8742 LUCENT BLVD STE 300<br>HIGHLANDS RANCH, CO 80129 | TWO FLAT BUILDING |

Property will be *(check one)*:

☐ Surrendered                 ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☐ Claimed as exempt               ☑ Not claimed as exempt

Property No. 2  *(if necessary)*

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| BRIDGEVWBK<br>4753 N. BROADWAY<br>CHICAGO, IL 60640-4907 | MIXED USE BUILDING - |

Property will be *(check one)*:

☑ Surrendered                 ☐ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☐ Claimed as exempt               ☑ Not claimed as exempt

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B8 (Official Form 8) (12/08)                                                                                                    Page 2

**PART B** - Personal property subject to unexpired leases.  *(All three columns of Part B must be completed for Each unexpired lease.  Attach additional pages if necessary.)*

| Property No.  1     NO Leased Property | | |
| --- | --- | --- |
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐  YES        ☐  NO |

| Property No.  2 *(if necessary)* | | |
| --- | --- | --- |
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐  YES        ☐  NO |

| Property No.  3 *(if necessary)* | | |
| --- | --- | --- |
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐  YES        ☐  NO |

___2_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: _January 17, 2011_____

_____
/s/ Thomas Mills
Signature of Debtor


_____
/s/ Clarissa Michelle Mills
Signature of Joint Debtor

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B8 (Official Form8)(12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A**  - Continuation

| Property No: 3 | |
|---|---|
| **Creditor's Name:**<br>ONEWEST BANK<br>6900 BEATRICE DR<br>KALAMAZOO, MI 49009 | **Describe Property Securing Debt:**<br>SINGLE FAMILY HOME |

Property will be  *(check one):*

☐  Surrendered          ☑  Retained

If retaining the property, I intend to  *(check at least one):*

☐  Redeem the property
☑  Reaffirm the debt
☐  Other.  Explain _____ (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is  *(check one):*
☐  Claimed as exempt                    ☑  Not claimed as exempt


| Property No: 4 | |
|---|---|
| **Creditor's Name:**<br>AMERICAN HOME MTG SVCI<br>1525 S BELT LINE RD<br>COPPELL, TX 75019 | **Describe Property Securing Debt:**<br>Two flat building |

Property will be  *(check one):*

☑  Surrendered          ☐  Retained

If retaining the property, I intend to  *(check at least one):*

☐  Redeem the property
☐  Reaffirm the debt
☐  Other.  Explain _____ (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is  *(check one):*
☐  Claimed as exempt                    ☑  Not claimed as exempt

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

B8 (Official Form8)(12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A**   - Continuation

---

Property No: 5

| **Creditor's Name:**<br>WACHOVIA MORTGAGE<br>PO BOX 60505<br>CITY OF INDUSTRY, CA 91716 | **Describe Property Securing Debt:**<br>two flat building |
|---|---|

Property will be   *(check one):*

☐   Surrendered     ☑  Retained

If retaining the property, I intend to   *(check at least one):*

☐   Redeem the property

☑   Reaffirm the debt

☐   Other.  Explain _____   (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is   *(check one):*
☐   Claimed as exempt           ☑   Not claimed as exempt

---

Property No: 6

| **Creditor's Name:**<br>WFDS/WDS<br>PO BOX 1697<br>WINTERVILLE, NC 28590 | **Describe Property Securing Debt:**<br>2009 NISSAN ALTIMA |
|---|---|

Property will be   *(check one):*

☐   Surrendered     ☑  Retained

If retaining the property, I intend to   *(check at least one):*

☐   Redeem the property

☑   Reaffirm the debt

☐   Other.  Explain _____   (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is   *(check one):*
☐   Claimed as exempt           ☑   Not claimed as exempt

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF

1ST NATL BANK/FNB BRKN
3401 N LOUISE AVE
SIOUX FALLS, SD 57107

AMERICAN HOME MTG SVCI
1525 S BELT LINE RD
COPPELL, TX 75019

AMERICAN HOME
SERVICE MORTGAGING
PO BOX 631730
IRVING, TX 75063

AMEX
PO BOX 297871
FORT LAUDERDALE, FL 33329

AMRCN HM MTG
PO B   631730
IRVING, TX 75063

AWA COLLECTIONS
PO Box 6605
Orange, CA 92863

BAC HOME LOANS SERVICI
450 AMERICAN ST
SIMI VALLEY, CA 93065

BANK OF AMERICA
PO BOX 1598
NORFOLK, VA 23501

BANK OF AMERICA
PO BOX 17054
WILMINGTON, DE 19850

BANKUNITED
7815 NW 148TH ST
MIAMI LAKES, FL 33016

BARCLAYS BANK DELAWARE
125 S WEST ST
WILMINGTON, DE 19801

BCC
9191 BROADWAY
MERRILLVILLE, IN 46410

BCC
9191 BROADWAY
MERRILLVILLE, IN 46410

BLATT, HASENMILLER, LEIBSKER &
MOORE LLC
125 S. WACKER Dr - SUITE 400
CHICAGO, IL 60606

BRIDGEVWBK
4753 N. BROADWAY
CHICAGO, IL 60640-4907

BUREAU OF RECOVERY
1813 E. DYER ROAD SUITE 411
SANTA ANA CA 92705

BURKE COSTANZA & CUPPY
9191 BROADWAY
MERRILLVILL, IN 46410

BURKE COSTANZA &
CUPPY
9191 BROADWAY
MERRILLVILLE, IL 46410

CAP ONE
PO BOX 85520
RICHMOND, VA 23285

CHASE
10790 RANCHO BERNARDO RD
SAN DIEGO, CA 92127

CHASE
3990 S BABCOCK ST
MELBOURNE, FL 32901

CHASE BANK USA, NA
PO BOX 15298
WILMINGTON, DE 19850

CHASE MANHATTAN MTGE
3415 VISION DR
COLUMBUS, OH 43219

CHASE NA
800 BROOKSEDGE BLVD
WESTERVILLE, OH 43081

CHASE-BP
PO BOX 15298
WILMINGTON, DE 19850

CHG PTR FC
203 N WABASH AVE
CHICAGO, IL 60601

CHGOPATRL CU
1359 W WASHINGTON
CHICAGO, IL 60607

CHICAGO HOUSING AUTHORITY
60 E VAN BUREN
CHICAGO, IL 60605

CHICAGO PATROLMANS FCU
1359 W WASHINGTON BLVD
CHICAGO, IL 60607

CITI CARDS
PO BOX 6497
SIOUX FALLS, SD 57117

CITIFINANCIAL MORTGAGE
PO BOX 9438
GAITHERSBURG, MD 20898

CITY IF CHICAGO DEPT REVENUE
8212 INNOVATION WAY
CHICAGO, IL 60682

CITY OF CHGO-DEPT OF
WATER
PO BOX 6330
CHICAGO, IL 60680

CITY OF CHGO-DEPT OF WATER
PO BOX 6330
CHICAGO, IL 60680

CITY OF CHGO-DEPT OF WATER
PO BOX 6330
CHICAGO, IL 60680

CITY OF CHGO-DEPT OF
WATER
PO BOX 6330
CHICAGO, IL 60680

CITY OF CHICAGO
DEPT OF BUILDINGS
2008 S. PULASKI RD
CHICAGO, IL 60623

CITY OF CHICAGO
DEPT OF REVENUE-WATER DIVISION
PO BOX 6330
CHICAGO, IL 60680-6330

CITY OF CHICAGO - DEPT
OF REVENUE
PO Box 6330
Chicago, IL 60680

CLARANCE & HELEN GOLDEN
1712 N NAGLE
CHICAGO, IL 60707

COM ED
PO BOX 6111
CAROL STREAM, IL 60197

COM ED
PO BOX 6111
CAROL STREAM, IL 60197

COM ED
PO BOX 6111
CAROL STREAM, IL 60197

COMED
BILL PAYMENT CENTER
CHICAGO, IL 60668-0001

COMED
BILL PAYMENT CENTER
CHICAGO, IL 60668-0001

COMED
BILL PAYMENT CENTER
CHICAGO, IL 60668-0001

COMED
BILL PAYMENT CENTER
CHICAGO, IL 60668-0001

DISCOVER
PO BOX 6103
CAROL STREAM, IL
60197-6103

DISCOVER FIN SVCS LLC
PO BOX 15316
WILMINGTON, DE 19850

FIA CSNA
PO BOX 17054
WILMINGTON, DE 19850

FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104

FIRST USA BANK N A
1001 JEFFERSON PLAZA
WILMINGTON, DE 19701

FREMONT INVESTMENT & L
175 N RIVERVIEW DR
ANAHEIM, CA 92808

FST USA BK B
PO BOX 8650
WILMINGTON, DE 19899

GEMB/GAP
PO BOX 981400
EL PASO, TX 79998

GEMB/GOLFSMITH
950 FORRER BLVD
KETTERING, OH 45420

GEMB/JCP
PO BOX 984100
EL PASO, TX 79998

GEMB/SAMS CLUB
PO BOX 981400
EL PASO, TX 79998

GMAC MORTGAGE
3451 HAMMOND AVE
WATERLOO, IA 50702

GOLDMAN & GRANT
205 W. RANDOLPH
SUITE 1100
CHICAGO, IL 60606

HELLER AND FRISONE
33 N. LASALLE 1200
CHICAGO, IL 60602

HELLER AND FRISONE LTD.
33 N. LASALLE SUITE 1200
CHGO, IL 60602

HSBC BANK
PO BOX 5253
CAROL STREAM, IL 60197

INDY MAC MORTGAGE SERVICES
PO BOX 4045
KALAMAZOO, MI 49003

INFINITI FIN SVCS
990 W 190TH ST
TORRANCE, CA 90502

IRS
CINCINNATI, OH
45999-0025

IRS
PO BOX 21126
PHILADELPHIA, PA 19114

IRWIN HOME EQUITY
12677 ALCOSTA BLVD STE 5
SAN RAMON, CA 94583

KEVIN AMERIKS
4753 N BROADWAY
CHICAGO, IL 60640

LISA HANKINS
6234 S CAMPBELL
CHICAGO, IL 60629

MB FIN SVCS
36455 CORPORATE DR
FARMINGTON HILLS, MI 48331

MB FIN SVCS
36455 CORPORATE DR
FARMINGTON HILLS, MI
48331

MB FIN SVCS
36455 CORPORATE DR
FARMINGTON HILLS, MI 48331

MB FIN SVCS
P.O. BOX 961
ROANOKE, TX 76262

MCYDSNB
9111 DUKE BLVD
MASON, OH 45040

MERCEDES -BENZ FINANCIAL
PO BOX 9001680
LOUISVILLE, KY 40290-1680

MORTGAGE IT
PO BOX 205
WATERLOO, IA 50704

MUSIC EDUCATION
SERVICES
1041 BONAVENTURE
DRIVE
ELK GROVE VILLAGE, IL
60007

NORTHLAND GROUP INC
PO Box 390846
Minneapolis, MN 55439

OCWEN LOAN SERVICING L
12650 INGENUITY DR
ORLANDO, FL 32826

ONEWEST BANK
6900 BEATRICE DR
KALAMAZOO, MI 49009

ONEWEST BANK
6900 BEATRICE DR
KALAMAZOO, MI 49009

PEOPLES GAS
CHICAGO, IL 60687

PEOPLES GAS
CHICAGO, IL 60687

PEOPLES GAS
CHICAGO, IL 60687-0001

PEOPLES GAS
CHICAGO, IL 60687-0001

PEOPLESENE
130 E. RANDOLPH DRIVE
CHICAGO, IL 60601

PEOPLESENE
130 E. RANDOLPH DRIVE
CHICAGO, IL 60601

PEOPLESENE
130 E. RANDOLPH DRIVE
CHICAGO, IL 60601

PEOPLESENE
130 E. RANDOLPH DRIVE
CHICAGO, IL 60601

PEOPLESENE
130 E. RANDOLPH DRIVE
CHICAGO, IL 60601

PEOPLESENE
130 E. RANDOLPH DRIVE
CHICAGO, IL 60601

PEOPLESENE
130 E. RANDOLPH DRIVE
CHICAGO, IL 60601

PEOPLESENE
130 E. RANDOLPH DRIVE
CHICAGO, IL 60601

RNB-FIELDS3
PO BOX 9475
MINNEAPOLIS, MN 55440

SEKI LIGHTFOOT
1400 S. INDIANA #613
CHICAGO, IL 60605

SHOREBANK
7936 S COTTAGE GROVE AVE
CHICAGO, IL 60619

SPECIALIZED LOAN SERVI
8742 LUCENT BLVD STE 300
HIGHLANDS RANCH, CO 80129

STATE DEPARTMENT FCU
1630 KING ST
ALEXANDRIA, VA 22314

STATE FARM INSURANCE
PO BOX 680001
DALLAS, TX 75368

STEPHENS & MICHAELS ASSOCIATES
PO BOX 109
SALEM, NH 03079-0109

SUNTRUST
MORTGAGE/CC 5
1001 SEMMES AVE
RICHMOND, VA 23224

T MOBILE
PO BOX 742596
CINCINNATI OH 45274-2596

TD RETAIL CARD SERVICE
1000 MACARTHUR BLVD
MAHWAH, NJ 07430

THD/CBSD
PO BOX 6497
SIOUX FALLS, SD 57117

TOYOTA MOTOR CREDIT CO
1111 W 22ND ST STE 420
OAK BROOK, IL 60523

TOYOTA MOTOR CREDIT CO
1111 W 22ND ST STE 420
OAK BROOK, IL 60523

TRINA COLEMAN
6234 S CAMPBELL
CHICAGO, IL 60629

VERIZON WIRELESS/GREAT
1515 WOODFIELD RD STE140
SCHAUMBURG, IL 60173

VISDSNB
9111 DUKE BLVD
MASON, OH 45040

WACHOVIA MORTGAGE
PO BOX 60505
CITY OF INDUSTRY, CA
91716

WELLS FARGO DEALER SERVICES
PO BOX 25341
SANTA ANA, CA 92799

WFDS/WDS
PO BOX 1697
WINTERVILLE, NC 28590

WFM/WBM
4101 WISEMAN BLVD #
MC-T
SAN ANTONIO, TX 78251

WFNNB/EXPRESS
4590 E BROAD ST
COLUMBUS, OH 43213

B203
12/94

# United States Bankruptcy Court
### Northern District of Illinois

In re   Thomas Mills & Clarissa Michelle Mills

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ............................................................ $ ___4,000.00___

Prior to the filing of this statement I have received ........…………….............. $ ___4,000.00___

Balance Due ...........................…………………………………….................. $ ___0.00___

2. The source of compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

____January 17, 2011____                    ____/s/ Steven A. Leahy____

Date                                        Signature of Attorney

_____

Name of law firm

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31557-301X-05710 - Adobe PDF